IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01989-MSK-CBS

HUBERT W. UNDERWOOD,

    Applicant,

v.

GARY GOLDER, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

_____

### ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*
                    Marcia S. Krieger
                    United States District Judge